Exhibit A

Table of Last-Observed Infringements by Defendants of Third Degree's Copyright in the Motion Picture "Illegal Ass 2," Copyright Reg. No. PA0001366719

| Defendant | Internet Protocol Address (IP) | Timestamp (U.S. Eastern Time) | Internet Service Provider (ISP) | Protocol | Hash |
|---|---|---|---|---|---|
| Doe 1 | 108.12.19.219 | 2011-08-25 09:05:10 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 2 | 108.14.205.45 | 2011-09-20 12:05:38 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 3 | 108.14.224.147 | 2011-10-02 02:38:35 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 4 | 108.14.64.108 | 2011-10-08 14:23:36 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 5 | 108.14.84.146 | 2011-10-10 14:47:44 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 6 | 108.17.22.104 | 2011-10-08 19:57:27 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 7 | 108.21.219.52 | 2011-09-01 11:33:42 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 8 | 108.21.57.65 | 2011-09-25 19:29:46 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 9 | 108.27.16.176 | 2011-08-28 21:39:09 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 10 | 108.27.223.92 | 2011-10-09 22:14:17 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 11 | 108.27.228.64 | 2011-09-07 17:49:48 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 12 | 108.41.10.177 | 2011-09-22 22:25:32 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 13 | 108.41.12.64 | 2011-10-10 20:50:19 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 14 | 108.41.137.7 | 2011-09-06 02:58:29 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 15 | 108.41.99.213 | 2011-09-11 02:56:41 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 16 | 108.46.197.17 | 2011-08-29 14:03:12 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 17 | 108.54.126.77 | 2011-10-07 21:19:32 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 18 | 108.6.211.192 | 2011-09-28 09:09:32 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 19 | 173.52.102.170 | 2011-09-04 13:28:11 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 20 | 173.52.82.237 | 2011-09-08 02:59:47 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 21 | 173.68.125.244 | 2011-08-14 16:37:16 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 22 | 173.68.157.251 | 2011-08-08 22:33:51 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 23 | 173.68.162.70 | 2011-09-05 16:18:04 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 24 | 173.68.56.43 | 2011-08-14 22:11:26 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 25 | 173.68.58.221 | 2011-09-17 01:43:02 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 26 | 173.68.61.132 | 2011-08-24 04:13:12 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 27 | 173.68.81.57 | 2011-09-24 13:40:26 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |

| Doe 28 | 173.77.220.148 | 2011-10-09 14:08:07 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| --- | --- | --- | --- | --- | --- |
| Doe 29 | 174.147.238.104 | 2011-09-13 10:20:39 -0400 | Sprint PCS | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 30 | 184.152.39.193 | 2011-10-03 19:27:17 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 31 | 184.152.58.204 | 2011-09-23 11:48:54 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 32 | 208.105.94.235 | 2011-08-25 02:01:40 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 33 | 208.120.4.241 | 2011-09-24 05:25:11 -0400 | EarthLink | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 34 | 24.164.132.47 | 2011-09-01 21:52:51 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 35 | 24.168.10.4 | 2011-10-04 22:52:38 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 36 | 24.168.17.40 | 2011-08-06 02:59:34 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 37 | 24.168.8.19 | 2011-09-26 11:13:26 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 38 | 24.168.9.223 | 2011-08-11 18:17:22 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 39 | 24.168.97.104 | 2011-08-21 15:00:28 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 40 | 24.168.98.158 | 2011-08-28 23:30:49 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 41 | 24.193.124.51 | 2011-09-05 02:53:16 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 42 | 24.193.230.212 | 2011-08-21 16:01:46 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 43 | 24.193.40.195 | 2011-09-11 02:14:03 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 44 | 24.193.62.150 | 2011-10-04 18:59:51 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 45 | 24.199.80.222 | 2011-08-23 02:59:40 -0400 | EarthLink | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 46 | 24.235.70.104 | 2011-08-31 10:09:05 -0400 | EarthLink | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 47 | 24.235.74.98 | 2011-09-01 20:27:10 -0400 | EarthLink | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 48 | 24.239.181.172 | 2011-08-12 06:24:41 -0400 | EarthLink | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 49 | 24.42.79.139 | 2011-09-29 16:02:18 -0400 | EarthLink | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 50 | 24.42.82.174 | 2011-09-27 06:24:27 -0400 | EarthLink | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 51 | 24.58.135.58 | 2011-10-02 01:54:43 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 52 | 24.58.181.225 | 2011-08-21 07:03:24 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 53 | 24.58.3.195 | 2011-08-15 23:41:30 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 54 | 24.59.125.49 | 2011-09-19 12:19:05 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 55 | 24.59.179.80 | 2011-10-01 16:15:53 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 56 | 24.59.207.2 | 2011-08-10 02:59:59 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 57 | 24.59.244.168 | 2011-09-07 18:15:06 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 58 | 24.90.142.87 | 2011-08-03 20:12:28 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 59 | 24.90.15.236 | 2011-08-17 09:07:53 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 60 | 24.90.153.148 | 2011-08-11 02:30:42 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 61 | 24.90.232.147 | 2011-09-18 18:15:27 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 62 | 24.90.55.156 | 2011-10-02 09:53:33 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 63 | 64.131.252.15 | 2011-08-16 15:50:47 -0400 | EarthLink | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |

| Doe 64 | 66.108.106.81 | 2011-09-13 00:23:59 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 65 | 66.108.164.246 | 2011-08-16 21:42:36 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 66 | 66.108.243.229 | 2011-09-23 16:46:49 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 67 | 66.108.92.96 | 2011-08-21 22:53:25 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 68 | 66.65.9.133 | 2011-08-10 20:43:57 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 69 | 66.66.125.238 | 2011-08-17 23:04:01 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 70 | 66.66.222.39 | 2011-09-05 09:44:56 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 71 | 66.66.224.9 | 2011-10-01 22:00:07 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 72 | 66.66.81.226 | 2011-10-02 01:58:49 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 73 | 67.189.224.73 | 2011-08-14 06:23:52 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 74 | 67.240.46.201 | 2011-09-08 02:31:10 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 75 | 67.241.134.42 | 2011-08-22 11:32:06 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 76 | 67.241.185.42 | 2011-08-24 05:00:32 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 77 | 67.241.59.250 | 2011-08-24 21:34:21 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 78 | 67.244.100.250 | 2011-10-04 19:17:45 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 79 | 67.244.29.21 | 2011-08-12 22:44:45 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 80 | 67.246.119.101 | 2011-09-28 23:47:50 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 81 | 67.246.86.187 | 2011-09-25 11:43:42 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 82 | 67.247.227.29 | 2011-08-13 22:27:22 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 83 | 67.247.230.196 | 2011-08-16 19:56:56 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 84 | 67.247.230.227 | 2011-08-13 16:43:58 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 85 | 67.247.236.107 | 2011-08-14 17:45:48 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 86 | 67.248.198.13 | 2011-09-11 22:07:49 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 87 | 67.249.119.143 | 2011-10-07 02:59:32 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 88 | 67.249.14.99 | 2011-08-01 12:24:45 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 89 | 67.249.188.27 | 2011-08-09 18:18:14 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 90 | 67.249.244.73 | 2011-09-09 16:58:01 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 91 | 67.249.40.122 | 2011-08-18 23:12:59 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 92 | 67.249.84.204 | 2011-09-09 01:50:53 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 93 | 67.250.106.18 | 2011-08-08 17:40:54 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 94 | 67.250.96.61 | 2011-10-10 16:05:00 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 95 | 67.252.120.222 | 2011-08-03 21:13:18 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 96 | 67.252.165.21 | 2011-09-21 16:32:30 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 97 | 67.252.177.240 | 2011-09-24 02:30:53 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 98 | 67.252.179.55 | 2011-09-19 02:20:27 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 99 | 67.253.149.141 | 2011-09-05 13:11:04 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |

| Doe 100 | 68.172.222.151 | 2011-09-28 21:40:33 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 101 | 68.173.252.38 | 2011-09-30 21:39:14 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 102 | 68.173.9.190 | 2011-09-17 03:51:18 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 103 | 68.173.99.27 | 2011-09-11 13:21:29 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 104 | 68.174.235.149 | 2011-08-16 17:45:16 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 105 | 68.174.235.83 | 2011-08-13 12:24:30 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 106 | 68.174.237.72 | 2011-08-23 02:01:30 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 107 | 68.174.27.127 | 2011-08-07 19:40:14 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 108 | 68.174.52.16 | 2011-10-03 12:53:31 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 109 | 68.175.39.40 | 2011-08-29 11:52:27 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 110 | 68.175.60.89 | 2011-08-28 02:59:57 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 111 | 69.201.137.30 | 2011-09-26 03:35:11 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 112 | 69.205.169.253 | 2011-09-27 03:22:36 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 113 | 69.205.70.168 | 2011-09-17 15:58:49 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 114 | 69.207.143.232 | 2011-08-22 20:40:58 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 115 | 69.207.30.9 | 2011-09-28 07:23:14 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 116 | 69.22.193.240 | 2011-08-30 09:05:37 -0400 | EarthLink | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 117 | 69.22.210.173 | 2011-09-03 00:07:13 -0400 | EarthLink | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 118 | 69.86.157.46 | 2011-08-25 21:59:27 -0400 | EarthLink | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 119 | 71.167.144.238 | 2011-09-03 00:40:00 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 120 | 71.167.16.18 | 2011-08-14 23:31:52 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 121 | 71.167.44.196 | 2011-09-02 11:50:22 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 122 | 71.183.213.220 | 2011-09-12 22:17:58 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 123 | 71.183.248.99 | 2011-08-06 11:35:24 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 124 | 71.183.44.9 | 2011-08-05 22:14:55 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 125 | 71.183.69.8 | 2011-09-12 05:50:14 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 126 | 71.186.162.172 | 2011-09-24 02:59:59 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 127 | 71.190.165.7 | 2011-10-01 17:06:37 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 128 | 71.190.192.154 | 2011-09-12 21:29:07 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 129 | 71.190.233.223 | 2011-10-10 03:10:42 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 130 | 71.190.251.122 | 2011-09-18 02:58:28 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 131 | 71.251.2.165 | 2011-09-03 14:39:29 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 132 | 72.225.165.68 | 2011-08-03 22:01:19 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 133 | 72.226.72.51 | 2011-08-07 17:43:33 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 134 | 72.228.150.5 | 2011-09-17 08:22:27 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 135 | 72.229.190.224 | 2011-09-26 02:56:41 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |

| Doe 136 | 72.229.227.37 | 2011-08-19 16:53:57 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 137 | 72.229.247.57 | 2011-08-26 02:02:12 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 138 | 72.229.33.23 | 2011-10-09 21:09:54 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 139 | 72.229.63.25 | 2011-10-01 16:26:33 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 140 | 72.230.172.134 | 2011-09-19 01:31:05 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 141 | 72.231.150.101 | 2011-10-06 21:35:26 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 142 | 72.231.20.186 | 2011-08-25 11:48:11 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 143 | 72.231.215.155 | 2011-10-07 17:28:12 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 144 | 72.59.166.144 | 2011-08-22 00:41:55 -0400 | Sprint PCS | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 145 | 72.89.140.226 | 2011-08-15 20:11:19 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 146 | 72.89.201.247 | 2011-08-22 17:54:01 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 147 | 72.90.76.157 | 2011-10-06 13:11:10 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 148 | 74.101.221.204 | 2011-09-27 08:23:31 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 149 | 74.101.44.212 | 2011-08-07 05:33:28 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 150 | 74.108.138.237 | 2011-09-21 19:09:04 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 151 | 74.110.55.38 | 2011-10-03 16:52:29 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 152 | 74.111.36.242 | 2011-09-30 21:06:45 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 153 | 74.64.126.164 | 2011-08-18 01:22:34 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 154 | 74.64.46.221 | 2011-09-20 03:04:56 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 155 | 74.66.134.84 | 2011-08-28 02:59:56 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 156 | 74.67.69.219 | 2011-09-11 17:49:14 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 157 | 74.68.114.29 | 2011-09-29 21:07:39 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 158 | 74.69.99.14 | 2011-10-05 14:54:56 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 159 | 74.71.240.39 | 2011-10-01 21:00:47 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 160 | 74.71.93.91 | 2011-08-15 15:36:10 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 161 | 74.72.121.44 | 2011-10-06 09:07:02 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 162 | 74.73.146.236 | 2011-08-06 15:21:23 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 163 | 74.73.150.200 | 2011-09-13 19:00:54 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 164 | 74.73.17.124 | 2011-08-25 11:11:07 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 165 | 74.73.226.42 | 2011-08-22 23:35:58 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 166 | 74.73.26.19 | 2011-09-19 00:21:25 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 167 | 74.73.67.62 | 2011-10-07 21:09:33 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 168 | 74.73.7.116 | 2011-08-08 12:21:29 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 169 | 74.74.249.86 | 2011-10-04 14:49:28 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 170 | 74.76.180.140 | 2011-08-24 21:50:49 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 171 | 74.77.130.233 | 2011-08-31 17:50:51 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |

| Doe 172 | 74.77.141.169 | 2011-08-15 01:12:40 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 173 | 74.77.204.22 | 2011-10-09 22:40:56 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 174 | 74.77.217.209 | 2011-09-04 14:33:41 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 175 | 74.77.26.133 | 2011-09-27 17:49:38 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 176 | 74.79.13.214 | 2011-09-27 16:56:34 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 177 | 74.79.145.109 | 2011-09-22 04:46:22 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 178 | 74.79.164.163 | 2011-09-01 18:24:43 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 179 | 74.79.34.130 | 2011-09-01 23:22:41 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 180 | 74.79.42.222 | 2011-09-10 02:59:58 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 181 | 74.79.88.148 | 2011-09-29 14:25:34 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 182 | 74.79.90.209 | 2011-08-08 20:53:05 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 183 | 75.194.86.43 | 2011-10-01 19:53:26 -0400 | Cellco Partnership DBA Verizon Wireless | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 184 | 75.250.35.75 | 2011-10-08 22:39:57 -0400 | Cellco Partnership DBA Verizon Wireless | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 185 | 76.15.15.78 | 2011-09-09 01:41:54 -0400 | EarthLink | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 186 | 76.180.161.13 | 2011-08-12 15:16:29 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 187 | 76.180.167.198 | 2011-08-17 09:07:57 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 188 | 76.180.174.112 | 2011-08-11 22:43:41 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 189 | 76.180.186.11 | 2011-09-11 18:24:40 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 190 | 76.180.202.96 | 2011-08-18 02:33:37 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 191 | 96.224.252.172 | 2011-08-06 15:47:37 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 192 | 96.232.199.134 | 2011-08-22 11:48:23 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 193 | 96.232.4.148 | 2011-08-03 12:17:13 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 194 | 96.233.195.146 | 2011-08-17 18:22:19 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 195 | 96.239.28.176 | 2011-08-04 16:02:01 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 196 | 96.246.166.53 | 2011-10-09 14:56:11 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 197 | 96.246.38.7 | 2011-08-23 17:48:40 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 198 | 96.246.48.179 | 2011-09-03 02:59:43 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 199 | 96.250.108.228 | 2011-09-05 12:01:29 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 200 | 96.250.43.118 | 2011-10-03 20:00:18 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 201 | 96.250.54.114 | 2011-09-23 01:10:40 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 202 | 96.250.86.233 | 2011-09-18 09:40:53 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 203 | 98.113.151.77 | 2011-10-08 14:38:30 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 204 | 98.116.76.88 | 2011-08-16 11:41:31 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 205 | 98.116.90.58 | 2011-08-27 01:59:04 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 206 | 98.117.184.14 | 2011-09-15 20:54:36 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 207 | 98.118.146.116 | 2011-09-09 12:58:23 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |

| Doe 208 | 98.118.181.133 | 2011-08-25 21:17:06 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| --- | --- | --- | --- | --- | --- |
| Doe 209 | 98.14.100.197 | 2011-09-09 02:59:42 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 210 | 98.14.203.47 | 2011-08-15 03:33:32 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 211 | 98.14.22.91 | 2011-10-05 20:45:09 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 212 | 98.14.233.31 | 2011-09-06 19:33:08 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 213 | 98.14.242.250 | 2011-08-28 23:53:26 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 214 | 98.14.31.173 | 2011-10-08 02:55:33 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 215 | 98.15.141.188 | 2011-08-28 01:30:04 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 216 | 98.15.146.58 | 2011-08-10 02:59:59 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 217 | 98.15.244.175 | 2011-08-22 17:42:16 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |