Mike Meier
Email address: contact@copyrightdefenselawyer.com
THE COPYRIGHT LAW GROUP, PLLC
4000 Legato Road, Suite 1100
Fairfax, VA 22033
Tel: 888-407-6770
Fax: 703-546-4990

Attorney for Plaintiff Third Degree Films, Inc.

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF NEW YORK

| Third Degree Films, Inc. | CASE NO. 11-CV-07564-JGK |
|---|---|
| Plaintiff, | **Fed. R. Civ. P. 41(a) Dismissal With Prejudice of Specific Doe Defendant(s), Namely Doe(s) 184** |
| v. | |
| DOES 1-217, | |
| Defendants. | |

Plaintiff having reached settlement(s) with the respective Doe Defendant(s) listed in the following table,

| Doe No. | IP Address | Timestamp (U.S. Eastern Time) |
|---|---|---|
| Doe 184 | 75.250.35.75 | 2011-10-08 22:39:57 -0400 |

Plaintiff dismisses with prejudice each of the specific Defendant(s) listed above from the above identified action pursuant to Fed. R. Civ. P. 41(a).

Respectfully submitted,

Date: January 11, 2012

_____
Mike Meier
Email address: contact@copyrightdefenselawyer.com
THE COPYRIGHT LAW GROUP, PLLC

Fed. R. Civ. P. 41(a) Dismissal With Prejudice of Specific Doe
Defendant(s) - Case No. 11-CV-07564-JGK                          1

| | |
|---|---|
| 1 | 4000 Legato Road, Suite 1100 |
| 2 | Fairfax, VA 22033 |
| | Tel: 888-407-6770 |
| 3 | Fax: 703-546-4990 |
| 4 | Attorney for Plaintiff Third Degree Films, Inc. |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Fed. R. Civ. P. 41(a) Dismissal With Prejudice of Specific Doe Defendant(s) - Case No. 11-CV-07564-JGK        2