USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: APR 02 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
IN RE ADULT FILM COPYRIGHT           :
INFRINGEMENT LITIGATION              :   Master Case No. 11 Civ. 7564
                                     :
This Document Relates to:            :   ORDER
                                     :
    11 Civ. 9705 (KBF)               :
------------------------------------- X

KATHERINE B. FORREST, District Judge:

Having received a request from Doe 110 for "an extension of time in order to find an attorney to assist" Doe 110 in this matter,

IT IS HEREBY ORDERED that Doe 110 shall have 60 days from the date of service of the notice letter[1] to file any motion with this Court regarding the subpoena at issue and any request to proceed anonymously.

This Order and the March 13, 2012 Order will be mailed by the Court to the address provided by Doe 110.

SO ORDERED.

Dated:    New York, New York
          April 2, 2012

                            _____
                                 KATHERINE B. FORREST
                              United States District Judge

---

[1] The "notice letter" is described in this Court's Order, dated March 13, 2012. (Lead Dkt No. 29.)