UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



------------------------------- X
IN RE ADULT FILM COPYRIGHT       :
INFRINGEMENT LITIGATION          :    Master Case No. 11 Civ. 7564
                                 :
This Document Relates to:        :    ORDER
                                 :
     11 Civ. 7564 (KBF)          :
------------------------------- X

KATHERINE B. FORREST, District Judge:

    This Court has received a Motion to Quash ("or issue a protective order concerning [the] subpoena"), Motion to Dismiss based on improper joinder and a request to proceed anonymously from Doe 139, proceeding *pro se*, in the above-captioned case. For the reasons stated in this Court's Memorandum Opinion and Order in member case <u>Next Phase Distribution, Inc. v. Does 1-138</u>, Case No. 11 Civ. 9706, dated March 1, 2012 (Dkt No. 9), (the "March 1st Decision") the Motion to Quash is DENIED. For the reasons stated in this Court's Memorandum Opinion & Order in this member case, dated March 26, 2012 (Dkt No. 39), the Motion to Dismiss based on improper joinder is DENIED. For the reasons stated in the March 1st Decision and this Court's March 13, 2012 Order (Dkt No. 29), the request to proceed anonymously is GRANTED.

The practical effect of this Order is as follows:

1. In all public filings, Doe 139 will be identified by Doe number and IP address only (until further order of this Court);

2. Doe 139's identity will be known to plaintiff and this Court.

The Clerk of the Court is directed to terminate the motion at Docket No. 41.

Plaintiff is directed to mail this Order to Doe 139.

SO ORDERED.

Dated:   New York, New York
         April 2, 2012

                                    _____
                                         KATHERINE B. FORREST
                                       United States District Judge