**Subject:** RE: IP address 98.116.206.64, Case Patrick Collins v Does 1-115, 11-cv-9705 (NY)
**From:** "N███████, R█████ J" <█████████████@verizon.com>
**Date:** 4/6/2012 11:54 AM
**To:** "contact@copyrightdefenselawyer.com" <contact@copyrightdefenselawyer.com>

Yes that is correct.

---

**From:** The Copyright Law Group, PLLC [mailto:contact@copyrightdefenselawyer.com]
**Sent:** Friday, April 06, 2012 11:53 AM
**To:** N███████, R█████ J
**Subject:** Re: IP address 98.116.206.64, Case Patrick Collins v Does 1-115, 11-cv-9705 (NY)

Dear R█████:

That person seems to have a dynamic IP address. Is that correct?

Regards,
Mike Meier
The Copyright Law Group, PLLC
4000 Legato Road, Suite 1100
Fairfax, VA 22033
Phone: (888) 407-6770
Fax: (703) 546-4990
Email: contact@copyrightdefenselawyer.com

Confidentiality Notice: The information contained in this email message is intended only for the named recipient. It may contain information that is privileged and confidential. If you receive this email in error, please do not read, print, or retain, copy or disseminate this email.  Please notify the sender and delete the original message. Thank you!