Case 1:11-cv-09703-KBF   Document 14-2   Filed 04/06/12   Page 1 of 3



| My IP | IP Lookup | Blacklist Check | Trace Email | Speed Test | Hide IP | Change IP | IP Tools | FAQs | Forums |

## IP Details for 98.116.206.64

This information should not be used for emergency purposes, trying to find someone's exact physical address, or other purposes that would require 100% accuracy. Please read about geolocation accuracy for more information.

[ 98.116.206.64 ]   [ Lookup IP Address ]

Quick Links:

- General IP Information
- Geolocation Information
- Geolocation Map
- Comments about this IP address

### General IP Information

IP: 98.116.206.64
Decimal: 1651822144
Hostname: pool-98-116-206-64.nycmny.fios.verizon.net
ISP: Verizon Internet Services
Organization: Verizon Internet Services
Services: None detected
Type: Broadband
Assignment: Dynamic IP
Blacklist: [ Blacklist Check ]

Latitude: 40.7128
Longitude: -73.2962
Area Code: 631
Postal Code: 11795

## Geolocation Map



## User Comments

Case 1:11-cv-09703-KBF    Document 14-2    Filed 04/06/12    Page 3 of 3

[Submit comment]

### Related Articles

- How accurate is geolocation?
- How do I hide my IP address?
- How do I change my IP address?
- What is a proxy server?

**Ads by Google**     Trace IP Address     IP Address Software     Lookup IP Address     Locate IP Address

© 2000-2012 What Is My IP Address. All Rights Reserved.                Privacy Policy    Terms of Use    Contact