USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: APR 1 2 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
                                      :
IN RE ADULT FILM COPYRIGHT            :   Master Case No. 11 Civ. 7564
INFRINGEMENT LITIGATION               :
                                      :   MEMORANDUM & ORDER
This Document Relates to:             :
                                      :
    11 Civ. 7564 (KBF)                :
    11 Civ. 7999 (KBF)                :
    11 Civ. 8172 (KBF)                :
    11 Civ. 9550 (KBF)                :
    11 Civ. 9618 (KBF)                :
    11 Civ. 9688 (KBF)                :
    11 Civ. 9689 (KBF)                :
    11 Civ. 9703 (KBF)                :
    11 Civ. 9705 (KBF)                :
    11 Civ. 9706 (KBF)                :
    12 Civ. 0129 (KBF)                :
    12 Civ. 1077 (KBF)                :
    12 Civ. 1169 (KBF)                :
                                      :
------------------------------------- X

KATHERINE B. FORREST, District Judge:

    Having received five motions from Doe Defendants in the above-captioned matters, this Court holds as follows:

1. The motions to dismiss and/or sever based on improper joinder brought by Doe 54 (Member Case No. 11 Civ. 9703) and Doe 93 (Member Case No. 11 Civ. 9706) are DENIED for the reasons set forth in this Court's Memorandum Opinion and Order dated March 26, 2012 (Lead Docket No. 39) (the "March 26th Opinion").

2. The motions to quash brought by Doe 54 (Member Case No. 11 Civ. 9703), Doe 109 (Member Case No. 11 Civ. 9705) and Doe 119 (Member Case No. 11 Civ. 9706) are DENIED for the reasons set forth in this Court's Memorandum Opinion and Order in Member Case <u>Next Phase Distribution, Inc. v. Does 1-138</u>, No. 11 Civ. 9706, dated March 1, 2012 (Dkt No. 9) (the "March 1st Opinion").

3. This Court also construes the Doe defendants' submissions as requests to proceed anonymously. For the reasons set forth in this Court's March 1st Opinion and March 13, 2012 Order (Lead Docket No. 29) (the "March 13th Order"), the requests are GRANTED.

The practical effect of this Order is as follows: in all public filings, these Doe defendants will be identified by Doe number and IP address only (until further order of this Court), but their identities will be known to plaintiff and this Court.

The Clerk of the Court is directed to terminate the motions at Docket No. 45 in Lead Case No. 11 Civ. 7564, Docket No. 27 in Member Case No. 11 Civ. 7999, Docket No. 15 in Member Case No. 11 Civ. 8172, Docket No. 12 in Member Case No. 11 Civ. 9550, Docket No. 22 in Member Case No. 11 Civ. 9618, Docket No. 14 in Member Case No. 11 Civ. 9688, Docket Nos. 11 and 13 in Member Case No. 11 Civ. 9703, Docket No. 15 in Member Case No. 11 Civ. 9705, Docket Nos. 14, 15, 18 and 19 in Member Case No. 11 Civ.

9706, Docket No. 13 in Member Case No. 12 Civ. 0129, Docket No. 11 in Member Case No. 12 Civ. 1077 and Docket No. 13 in Member Case No. 12 Civ. 1169.

Plaintiffs are directed to mail this Order, the March 26th Opinion, the March 1st Opinion and the March 13th Order to Doe 54 (Member Case No. 11 Civ. 9703), Doe 109 (Member Case No. 11 Civ. 9705), Doe 93 (Member Case No. 11 Civ. 9706) and Doe 119 (Member Case No. 11 Civ. 9706).

SO ORDERED.

Dated:   New York, New York
         April 12, 2012

_____
KATHERINE B. FORREST
United States District Judge