```
                                      ┌─────────────────────────┐
                                      │ USDC SDNY               │
                                      │ DOCUMENT                │
UNITED STATES DISTRICT COURT          │ ELECTRONICALLY FIL' D   │
SOUTHERN DISTRICT OF NEW YORK         │ DOC #:_____        │
                                      │ DATE FILED: 4|24|12     │
------------------------------ X      └─────────────────────────┘
                               :
IN RE ADULT FILM COPYRIGHT     :    Master Case No. 11 Civ. 7564
INFRINGEMENT LITIGATION        :
                               :              ORDER
This Document Relates to:      :
                               :
          11 Civ. 9706         :
                               :
------------------------------ X
```

KATHERINE B. FORREST, District Judge:

       The Clerk of the Court is directed to remove the document

at Docket No. 24 in Member Case No. 11 Civ. 9706.

SO ORDERED.

Dated:    New York, New York
          April 24, 2012

                         *Katherine B. Forrest*
                    _____
                         KATHERINE B. FORREST
                    United States District Judge