UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: APR 24 2012
```

------------------------------- X
                                :
IN RE ADULT FILM COPYRIGHT      :     Master Case No. 11 Civ. 7564
INFRINGEMENT LITIGATION         :
                                :            ORDER
This Document Relates to:       :
                                :
      11 Civ. 7999 (KBF)        :
      11 Civ. 8172 (KBF)        :
      11 Civ. 9689 (KBF)        :
                                :
------------------------------- X

KATHERINE B. FORREST, District Judge:

    This Court has received requests to proceed anonymously
from the following Doe defendants: Doe No. 171 (Member Case No.
11 Civ. 8172), Doe No. 30 (Member Case No. 11 Civ. 9689) and Doe
No. 80 (Member Case No. 11 Civ. 7999). These requests are
GRANTED.

    The practical effect of this Order is as follows:

1. In all public filings, the above-listed Doe defendants will
   be identified by Doe number and IP address only (until
   further order of this Court);

2. The above-listed Doe defendants' identities will be known
   to plaintiff and this Court.

Plaintiff is directed to mail this Order to the Doe defendants listed above.


SO ORDERED.

Dated:     New York, New York
           April 24, 2012

                              _____
                                   KATHERINE B. FORREST
                              United States District Judge