```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------- X
                                  :
IN RE ADULT FILM COPYRIGHT        :   Master Case No. 11 Civ. 7564
INFRINGEMENT LITIGATION           :
                                  :              ORDER
This Document Relates to:         :
                                  :
       12 Civ. 1077               :
                                  :
--------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 09 2012

KATHERINE B. FORREST, District Judge:

    Counsel for plaintiff is directed to file Exhibits A-D of the complaint in the above member case on ECF not later than **May 10, 2012**.

SO ORDERED.

Dated:    New York, New York
            May 9, 2012

                                          _____
                                              KATHERINE B. FORREST
                                        United States District Judge