USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAY 14 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X
                                    :
IN RE ADULT FILM COPYRIGHT          :   Master Case No. 11 Civ. 7564
INFRINGEMENT LITIGATION             :
                                    :   ORDER
This Document Relates to:           :
                                    :
    11 Civ. 7564 (KBF)              :
    11 Civ. 9618 (KBF)              :
    12 Civ. 1077 (KBF)              :
                                    :
------------------------------------X

KATHERINE B. FORREST, District Judge:

This Court has received requests to proceed anonymously from the following Doe defendants: Doe No. 211 (Member Case No. 11 Civ. 7564), Doe No. 198 (Member Case No. 11 Civ. 9618) and Doe No. 11 (Member Case No. 12 Civ. 1077). For the reasons set forth in this Court's Memorandum Opinion and Order in Member Case No. 11 Civ. 9706, dated March 1, 2012, and Order in Master Case No. 11 Civ. 7564, dated March 13, 2012, the requests are GRANTED.

The practical effect of this Order is as follows:

1. In all public filings, the above-listed Doe defendants will be identified by Doe number and IP address only (until further order of this Court);

2. The above-listed Doe defendants' identities will be known to plaintiff and this Court.

Case 1:11-cv-07564-KBF   Document 57   Filed 05/14/12   Page 2 of 2

Plaintiff is directed to mail this Order to the Doe defendants listed above.

The Clerk of the Court is directed to terminate the motions at Docket Nos. 52 and 53 on the docket in Master Case No. 11 Civ. 7564.

SO ORDERED.

Dated:    New York, New York
          May 14, 2012

                                    _____
                                    KATHERINE B. FORREST
                                    United States District Judge