

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------- X
IN RE ADULT FILM COPYRIGHT      :
INFRINGEMENT LITIGATION         :    Master Case No. 11 Civ. 7564
                                :
This Document Relates to:       :    ORDER
                                :
     11 Civ. 7564 (KBF)         :
     11 Civ. 7999 (KBF)         :
     11 Civ. 8172 (KBF)         :
     11 Civ. 9550 (KBF)         :
     11 Civ. 9618 (KBF)         :
     11 Civ. 9688 (KBF)         :
     11 Civ. 9689 (KBF)         :
     11 Civ. 9703 (KBF)         :
     11 Civ. 9705 (KBF)         :
     11 Civ. 9706 (KBF)         :
     12 Civ. 0129 (KBF)         :
     12 Civ. 1077 (KBF)         :
     12 Civ. 1169 (KBF)         :
------------------------------- X
```

KATHERINE B. FORREST, District Judge:

Having received a request from counsel for plaintiffs regarding the manner in which he should file amended complaints in the above matters,

IT IS HEREBY ORDERED:

1. On any public filing, plaintiffs shall identify Doe defendants that have requested to proceed anonymously by Doe number and IP address only until further order of this Court.

2. Due to the delays that may occur between a Doe defendant requesting to proceed anonymously, this Court approving

that request and noting such approval on the docket, and plaintiffs filing an amended complaint, plaintiffs are directed to ask the Doe defendants--which the Court has not already stated in an order are allowed to proceed anonymously--whether they requested to proceed anonymously within 30 days of receiving a notice letter from their Internet Service Provider. If the Doe defendants tell plaintiffs that they have submitted such a request, then plaintiffs are directed to identify those Doe defendants by Doe number and IP address only.

SO ORDERED.

Dated:   New York, New York
         May  17, 2012

                                        KATHERINE B. FORREST
                                        United States District Judge