```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAY 2 2 2012

------------------------------------X
:
IN RE ADULT FILM COPYRIGHT         :   Master Case No. 11 Civ. 7564
INFRINGEMENT LITIGATION            :
                                   :       ORDER
This Document Relates to:          :
                                   :
    11 Civ. 9689 (KBF)             :
    11 Civ. 9705 (KBF)             :
    11 Civ. 9706 (KBF)             :
    12 Civ. 1169 (KBF)             :
                                   :
------------------------------------X

KATHERINE B. FORREST, District Judge:

Having received requests to proceed anonymously and motions to quash and/or sever,

IT IS HEREBY ORDERED:

1. For the reasons set forth in this Court's Memorandum Opinion and Order in Member Case No. 11 Civ. 9706, dated March 1, 2012 (the "March 1st Opinion") and Order in Master Case No. 11 Civ. 7564, dated March 13, 2012, the requests to proceed anonymously by Doe 149 (Member Case No. 11 Civ. 9689), Doe 41 (Member Case No. 11 Civ. 9705),[1] Doe 27 (Member Case No. 12 Civ. 1169), Doe 26 (Member Case No. 12 Civ. 1169), and Doe 124 (Member Case No. 11 Civ. 9706) are GRANTED.

---

[1] This Court broadly construes the motions regarding plaintiff's subpoena brought by Doe 149 (Member Case No. 11 Civ. 9689) and Doe 41 (Member Case No. 11 Civ. 9705) as requests to proceed anonymously.

2. For the reasons set forth in this Court's Memorandum Opinion and Order dated March 26, 2012 (Lead Docket No. 39), the motions to sever based on improper joinder brought by Doe 149 (Member Case No. 11 Civ. 9689) and Doe 41 (Member Case No. 11 Civ. 9705) are DENIED.

3. For the reasons set forth in the March 1st Opinion, the motions to quash or modify the subpoena brought by Doe 149 (Member Case No. 11 Civ. 9689) and Doe 41 (Member Case No. 11 Civ. 9705) are DENIED.

The practical effect of this Order is that, in all public filings, the above-listed Doe defendants will be identified by Doe number and IP address only (until further of this Court), but their identities will be known to plaintiff and this Court.

SO ORDERED.

Dated:   New York, New York
         May 22, 2012

                                    _____
                                    KATHERINE B. FORREST
                                    United States District Judge