UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE ADULT FILM COPYRIGHT INFRINGEMENT LITIGATION ) ) ) This Document Relates to ) ) ) Master Case No. 11 Civ. 7564 v. ) ) ) DISMISSAL OF REMAINING 11 Civ. 7564 (KBF) ) JOHN DOES WITHOUT 11 Civ. 7999 (KBF) ) PREJUDICE, EXCEPT THOSE TO 11 Civ. 8172 (KBF) ) BE NAMED INDIVIDUALLY 11 Civ. 9550 (KBF) ) 11 Civ. 9618 (KBF) ) 11 Civ. 9688 (KBF) ) 11 Civ. 9689 (KBF) ) 11 Civ. 9703 (KBF) ) 11 Civ. 9705 (KBF) ) 11 Civ. 9706 (KBF) ) 12 Civ. 0129 (KBF) ) 12 Civ. 1077 (KBF) ) 12 Civ. 1169 (KBF) ) ) | |

**NOTICE OF VOLUNTARY DISMISSAL OF REMAINING JOHN DOES WITHOUT PREJUDICE, EXCEPT THOSE TO BE NAMED INDIVIDUALLY, PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Plaintiffs in this consolidated case filed Complaints against John Does who have traded the same identical file of Plaintiffs' copyrighted works without authorization through a file-swapping network ("Peer-to-Peer" or "P2P" network).

On June 14, 2012, the Court issued an order that service of process must be accomplished by June 29, 2012.

On June 23, 2012, Plaintiffs filed Notices of Dismissals <u>with</u> Prejudice for specified John Does in the consolidated cases.

1

Also on June 23, 2012, Plaintiffs filed Notices of Dismissal without prejudice for three of the consolidated cases, namely:

11-CV-9550-KBF [11-CV-7564]
11-CV-9688-KBF [11-CV-7564]
12-CV-01099-KBF [11-CV-7564]

Plaintiffs now voluntarily dismiss without Prejudice the remaining John Does from the remaining consolidated cases, except for the following John Does to be named individually:

| Case Number: | John Doe to be named individually: |
|---|---|
| 11-CV-09689-KBF [11-CV-7564] | John Doe 99 |
| 11-CV-7564-KBF [11-CV-7564] | John Doe 199 [submitted request to remain "John Doe 199" in any court filings] |
| 11-CV-7999-KBF [11-CV-7564] | John Doe 50 |
| 11-CV-8172-KBF [11-CV-7564] | John Doe 166 |
| 11-CV-9618-KBF [11-CV-7564] | John Doe 49 |
| 11-CV-9703-KBF [11-CV-7564] | John Doe 1 |
| 11-CV-9705-KBF [11-CV-7564] | John Doe 83 |
| 11-CV-9706-KBF [11-CV-7564] | John Doe 24 |
| 12-CV-1077-KBF [11-CV-7564] | John Doe 8 |
| 12-CV-1169-KBF [11-CV-7564] | John Doe 87 |
| 12-CV-129-KBF [11-CV-7564] | John Doe 11 |

The Amended Complaints for the above John Does will be submitted today.

Respectfully submitted this 25th day of June, 2012.

FOR THE PLAINTIFF:

By: ___/s/ Mike Meier_____
Mike Meier (NY9295)
The Copyright Law Group, PLLC
4000 Legato Road, Suite 1100
Fairfax, VA 22033
Phone: (888) 407-6770
Fax: (703) 546-4990
Email:
mike.meier.esq@copyrightdefenselawyer.com

ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on 25 June 2012, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system.

                FOR THE PLAINTIFF:

By:   /s/ Mike Meier
Mike Meier (NY9295)
The Copyright Law Group, PLLC
4000 Legato Road, Suite 1100
Fairfax, VA 22033
Phone: (888) 407-6770
Fax: (703) 546-4990
Email:
mike.meier.esq@copyrightdefenselawyer.com

ATTORNEY FOR PLAINTIFF