UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

THIRD DEGREE FILMS, INC.,

                    Plaintiff,                            **ANSWER**

                - against -                      Civil Action No.: 11-CV7564-KBF

JOHN DOE 199,

                    Defendant.

--------------------------------------------------------x

PLEASE TAKE NOTICE that DEFENDANT JOHN DOE 199 appears herein this 13th day of August, 2012 by its attorney, Solomon & Bernstein, who demand that all further papers or pleadings in this action be served upon it at the address set forth below.

DEFENDANT JOHN DOE 199 [hereinafter Defendant] as and for its answer to the Amended Complaint respectfully alleges as follows:

1.      Denies knowledge and information sufficient to form a belief as to the truth of the allegations set forth in paragraphs numbered "1", "2", "4", "6", "7", "8", "12", "13", "14", "22" and "29" of the Amended Complaint.

2.      Denies the truth of the allegations set forth in paragraphs numbered "3", "5", "9", "10", "15", "16", "17", "18", "19", "20", "23", "24" [and denies knowledge and information as to the actions of other individuals], "25", "26", "27", "30", "31", "32", "34", "35",

"36", "37", "38", "39" of the Amended Complaint.


### AS AND FOR A FIRST AFFIRMATIVE DEFENSE


1.      The Complaint fails to state a cause of action as against Defendant John

Doe 199.


WHEREFORE, Defendant John Doe 199 requests that the action be dismissed,

and for such other and further relief as the Court deems proper.


Dated: New York, New York
       August 13, 2012

                                              Solomon & Bernstein

                                              By: Joel Bernstein, Esq. (0268)
                                              Attorneys for Defendant
                                              62 William Street, 8th Floor
                                              New York, New York 10005
                                              joelb@solomonbernstein.com
                                              (212) 545 - 8611


To:    Mike Meier, Esq.
       The Copyright Law Group, PLLC
       Attorneys for the Plaintiff
       4000 Legato Road - Suite 1100
       Fairfax, Virginia 22033
       (888) 407- 6770

Civil Action No.: 11-CV7564-KBF

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------------------------------------------

THIRD DEGREE FILMS, INC.,

        Plaintiff,

    - against -

JOHN DOE 199,

        Defendant.

-----------------------------------------------------------------------------------------------------------------

**ANSWER**

-----------------------------------------------------------------------------------------------------------------

Copy received by: _____

Firm/Company: _____

Date: _____Time: _____

Solomon & Bernstein
Attorneys for the Defendant
62 William Street, 8th Floor
New York, New York 10005
(212) 545 - 8611

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

THIRD DEGREE FILMS, INC.,                           **AFFIDAVIT**
                          Plaintiff,                **OF SERVICE**

            - against -                             Civil Action No.: 11-CV7564-KBF

JOHN DOE 199,
                          Defendant.

--------------------------------------------------------x

STATE OF NEW YORK      )
                              ss:
COUNTY OF NEW YORK   )

      Tina Zito, being duly sworn, does depose and say:

      1.     I am over 18 years of age and not a party to this proceeding.  I reside at 201 East 73rd Street, New York, New York  10021.

      2.     On August 13, 2012, I mailed by regular first class mail a true copy of the annexed Answer by enclosing it in a prepaid sealed wrapper, properly addressed to the following individual, at the last known address set forth below and placing it in an official depository under the exclusive care and custody of the U.S. Postal Service within N.Y. State:

                  Mike Meier, Esq.
                  The Copyright Law Group, PLLC
                  4000 Legato Road - Suite 1100
                  Fairfax, Virginia 22033

                                                      Tina Zito

Sworn to before me this 13th
day of August, 2012

_____
        Notary Public

          Milagros A. Paris-Merchant
       Notary Public, State of New York
             No. 01PA4898163
        Qualified in New York County
      Commission Expires June 8, 2015